# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.  Case: 3:02M170TPS

Mr. Christopher J. Russell
2 Mather Avenue
Groton, CT  06340

## MOTION TO DISMISS

The United States Attorney, through the Special Assistant United States Attorney, respectfully requests that the complaint in the above entitled matter be dismissed.

William C. Kuebler, CT 25092
Special Assistant U.S. Attorney
District of Connecticut

SO ORDERED:

Thomas P. Smith
U.S. Magistrate Judge

Hartford, Connecticut

Dated: 1/25/05

*FILED 2005 JAN 25 P 12:44 DISTRICT COURT HARTFORD, CT*

*United States District Court
District of Connecticut
FILED AT HARTFORD
1/05/05
Kevin F. Rowe, Clerk*